324 F.2d 955
 Anthony J. CALABRESE et al.
v.
The UNITED ASSOCIATION OF JOURNEYMEN AND APPRENTICES OF the
PLUMBING AND PIPE FITTING INDUSTRY OF the UNITED STATES AND
CANADA, and Local 69 of the United Association of Journeymen
and Apprentices of the Plumbing and Pipe Fitting Industry of
the United States and Canada, The United Association of
Journeymen and Apprentices of the Plumbing and Pipe Fitting
Industry of the United States and Canada, Appellant.
Anthony J. CALABRESE et al.
v.
The UNITED ASSOCIATION OF JOURNEYMEN AND APPRENTICES OF the
PLUMBING AND PIPE FITTING INDUSTRY OF the UNITED STATES AND
CANADA, and Local 69 of the United Association of Journeymen
and Apprentices of the Plumbing and Pipe Fitting Industry of
the United States and Canada, Local 69 of the United
Association of Journeymen and Apprentices of the Plumbing
and Pipe Fitting Industry of the United States and Canada, Appellant.
 Nos. 14378, 14379.
 United States Court of Appeals Third Circuit.
 Argued Sept. 24, 1963.
Decided Dec. 19, 1963, Rehearing Denied Feb. 13, 1964.
 
 Patrick C. O'Donoghue and Martin F. O'Donoghue, Washington, D.C. (Brogan & Wolff, Jersey City, N.J., on the brief), for United Association, etc. appellant in No. 14378.
 Edward F. Zampella, Jersey City, N.J., for Local 69, etc., appellant in No. 14379 for appellants.
 John A. Craner, Elizabeth, N.J., for appellees Calabrese et al.
 Before BIGGS, Chief Judge, and KALODNER and GANEY, Circuit Judges.
 PER CURIAM.
 
 
 1
 We have examined carefully the record and the briefs of the parties presented by these appeals, taken by Local 69 and its parent association, and have considered all the points raised. We can perceive no error in the proceedings in the court below and accordingly the order appealed from will be affirmed on the cogent opinion of Judge Wortendyke, D.C., 211 F.Supp. 609.